*Percy R. Smith* and *Harold J. Adams* for appellant.

*Andrew P. Ronan, Corporation Counsel (Herbert A. Hickman* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

In the Matter of JACOB RUD, Appellant.

ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued February 24, 1943; decided April 8, 1943.

*John F. X. Finn, I. Maurice Wormser* and *Israel Hoffman* for appellant.

*Einar Chrystie* for respondent.

Order affirmed, no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

JOSEPH MARTELL, Respondent, *v.* HARLOU, INC., Appellant.

Submitted February 26, 1943; decided April 8, 1943.